# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN D. GARRISON, #190475, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION 14-0069-CG-B ) |
| CYNTHIA STEWART, | ) ) |
| Respondent. | ) ) |

## ORDER

After due and proper consideration of all portions of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 4, 2016, is adopted as the opinion of this Court.

**DONE and ORDERED** this 30th day of August, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE