# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN D. GARRISON, #190475 | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION 14-0069-CG-B ) |
| CYNTHIA STEWART, | ) ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner's petition for habeas corpus relief is dismissed with prejudice as time-barred. The Court further finds that Petitioner is not entitled to a Certificate of Appealability, and is thus not entitled to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 30th day of August, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE